James J. Maroney, Respondent, v. Edward F. Hutton and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of E. F. Hutton & Company, Defendants. In the Matter of the Application of Warren H. Spurge, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Daniel McMullen, Respondent, v. John Arbuckle and William A. Jamison, Appellants, and William V. R. Smith and James N. Jarvie, Defendants, Doing Business under the Name of Jay Street Terminal, and Jay Street Connecting Railroad.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Adam Partenfelder, Appellant, v. The People of the State of New York and Others, Defendants. Realty Associates, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Hawes* v. *United States Trust Co., No. 1* (142 App. Div. 789). Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John Phelan, Respondent, v. Thomas Gaffney, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

Sage Brothers, Incorporated, Respondent, v. Lena Halpern, Appellant. — Order of the Municipal Court reversed, and verdict reinstated, with costs to the appellant, upon the ground that the verdict of the jury was supported by the evidence. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Fred J. Taber, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Thomas Thomassen, Respondent v. National Elevator Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ.

Julia H. Tomes, Respondent, v. William Austin Tomes, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Joseph Vogel, Appellant, v. Stratton Manufacturing Company, Respondent. — Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary Davies, Plaintiff, v. Barnet Teplisky and Others, Defendants. Elizabeth M. Brooks, Appellant, v. Joseph Zuckert, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Lillian G. De Severinus, Appellant, v. Press Publishing Company, Respondent.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Morris Fine, Respondent, v. Solomon Wolff and Another, Appellants.— Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.